1
2
3
4
5
6
7             UNITED STATES DISTRICT COURT

8             CENTRAL DISTRICT OF CALIFORNIA

9

10   WESLEY COTTON,                      )   No. CV 14-7620 BRO (FFM)
                                         )
11                    Petitioner,        )   ORDER ACCEPTING FINDINGS,
                                         )   CONCLUSIONS AND
12        v.                             )   RECOMMENDATIONS OF
                                         )   UNITED STATES MAGISTRATE JUDGE
13   STU SHERMAN, Warden, C.D.C.,        )
                                         )
14                    Respondent.        )
     _____)
15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

17   action, the attached Report and Recommendation of United States Magistrate Judge

18   ("Report"), and the objections to the Report. Good cause appearing, the Court concurs

19   with and accepts the findings of fact, conclusions of law, and recommendations

20   contained in the Report after having made a de novo determination of the portions to

21   which objections were directed.

22        IT IS ORDERED that judgment be entered dismissing the Petition with prejudice.

23

24   DATED: August 15, 2015

25

26                                         _____
27                                         BEVERLY REID O'CONNELL
                                           United States District Judge
28