UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY COTTON, | No. CV 14-7620 BRO (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| STU SHERMAN, Warden, C.D.C., | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: August 15, 2015

BEVERLY REID O'CONNELL
United States District Judge